1  JACQUELINE A. FORSLUND
   Forslund Law, LLC
2  CSBN 154575
   P.O. Box 4476
3  Sunriver, OR  97707
4  Telephone:   541-419-0074
   Fax:          541-593-4452
5  Email:        jaf@forslundlaw.com

6  Attorney for Plaintiff

7

8              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
9

10  JAELYN NICOLE NICHOLS,        )    Case No.  1:24-CV-00217-SKO
                                  )
11              Plaintiff         )    **STIPULATION AND UNOPPOSED**
                                  )    **MOTION FOR EXTENSION OF TIME**
12  v.                            )    **TO FILE PLAINTIFF'S OPENING BRIEF;**
                                  )    **ORDER**
13                                )
                                  )
14  MARTIN O'MALLEY,              )
    Commissioner of Social Security, )
15                                )
                                  )
16          Defendant             )
                                  )
17  _____)

18          IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend

19  the time 30 Days to June 17, 2024, for Plaintiff to file her Opening Brief, in accordance with the

20  Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to

21

22  Plaintiff's counsel's heavy workload.

23          The parties further stipulate that the Court's Scheduling Order be modified accordingly.

24                                      Respectfully submitted,

25

26

27  Date: May 15, 2024              JACQUELINE A. FORSLUND
                                    Attorney at Law

28

**Nichols v. O'Malley**          **Stipulation and Order**          **E.D. Cal. 1:24-cv-00217-SKO**

1

*/s/Jacqueline A. Forslund*
JACQUELINE A. FORSLUND

2

3       Attorney for Plaintiff

4

Date:  May 15, 2024          PHILLIP A. TALBERT

5                            United States Attorney
                             MATHEW W. PILE
6                            Associate General Counsel
                             Office of Program Litigation, Office 7
7

8                            */s/ Justin L. Martin*
                             JUSTIN L. MARTIN
9                            Special Assistant United States Attorney
                             *By email authorization
10

11                           Attorney for Defendant

12

13                           **ORDER**

14          Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 10), and for good

15   cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS ORDERED that Plaintiff shall have up to and including

16   June 17, 2024, to serve Plaintiff's Motion for Summary Judgment on Defendant.  All other dates in the

17   Scheduling Order (Doc. 5) are enlarged accordingly.

18

19   IT IS SO ORDERED.

20   Dated:  __**May 16, 2024**__          _____*/s/ Sheila K. Oberto*_____
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

**Nichols v. O'Malley**               **Stipulation and Order**          **E.D. Cal. 1:24-cv-00217-SKO**